Agwuegbo Ifeanyichukwu
A214946397

Agwuegbo Ifeanyichukwu

    Petitioner,

      V.

**UR M. JADDOU Field Office Director
for Detention and Removal
US Immigration and Customs Enforcement
GEO GROUP& Staffs Teneyuca, Del Rio, A. Perez**

    **Respondents**

FILED

SEP 3 0 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY

CASE NO: 5:24-CV-00900-OLG

SA24CA1128JKP

## CLASS ACTION LAW SUIT

I bring this to the court on the following grounds with GEO Group and ICE as I have no other option.

- INTENTIONAL NEGLIGENT, DELIBERATE INDIFFERENCE TO MY MEDICAL NEEDS AND INFLICTION OF EMOTIONAL DISTRESS.
- MISSING LEGAL PROPERTY.
- MISMANAGEMENT OF MAIL.
- CONTINOUS RETALIATION CLAIM BY GEO7 STAFF
- NEGLIGENCE, DELIBERATE INDIFFERENCE BY ICE. (DOJ ARRANDA)

Agwuegbo Ifeanyichukwu
A214946397

## 1. INTENTIONAL NEGLIGENT, DELIBERATE INDIFFERENCE TO MY MEDICAL NEEDS AND INFLICTION OF EMOTIONAL DISTRESS

On September 22, 2024, at around 7am I was moved from pod (DD) to (DM) without my medications, I explained to Mr. Teneyuca (GEO staff on duty) that I was on medications specifically (allopurinol) as I suffer from severe gout, he ignored my complaints, handed me part of my belongings while mandating I sign the property form that all property was delivered, I refused to sign as I told him I did not have my medications also other Geo staffers kept bringing my properties to include legal documents piece by piece so I had to make sure I have all my paper work, after 5 hours there was a shift change the new staffer finally called medical as I started having swellings on my legs, for over 12 hours I was without my mediations prescribed by the doctors at (STIP) after running series of test to which I was given the medications as a keep on myself medication. I have never been in any situation like this in all the prisons I have been housed, I was literally denied my medications, more so when I did finally get to medical, Mrs. Del Rio(Geo Officer) kept me in the office while allegedly looking for my medication as the medical department stated they couldn't just hand me new medications, finally personnel from medical informed me with the claims that they searched my belongings while I was in medical and they found the medications I told the official that was not possible. However, when they brought the medication in the alleged refill container it was in a different bag labelled Ibuprofen, I showed the medical officer, (there are CCTV Cameras in the building) I asked him you provide medications to detainees in this facility, how/ where is it done that a detainee's medication would be labelled differently, and housed in a different bag, the medications always comes with the correct labels and instructions, clearly identifying what the medication is and how it should be taken or consumed. (the medical officer was speechless, quiet, numb in the face, had nothing to say so was the Geo staffer Mrs. Del Rio) who I heard swearing, cursing, calling me a "fcuking liar" in the hall way so I spent over 12 hours in pain, rapidly developed swelling my legs as the organization misplaced my medications, then when I started raising alarms as to the ills of the poisonous tree, they hurriedly kept me in medical, fabricated that they found the medication in my belongings, to cover their dastardly acts. however, assuming the medications were in my belongings as they claimed it would have been in its proper bagging as I take the medication daily.

Agwuegbo Ifeanyichukwu
A214946397

The severity and egregiousness of this situations should not be downplayed or mitigated by location as even while I was in prison the 1st requirements are make all medical conditions known. More so after medical checkup all keep on person medications approved by the facility are with the inmates irrespective of dorm or unit change, there is no rhyme or reasons as to why after my medication was approved by the facility more than 10 months ago, knowing the severity of my conditions should go even 10 minutes let alone 12 hours without my medication.

Significantly the reason(s) I reference prison a lot in my correspondence is that's the only yardstick I can compare situations as specifically one would expect to be treated far worse in prison than a detention centre (STIP) but the reverse is the case, the psychological trauma being called a "Fcuking liar" and far worse by staffers in the GEO (Mrs. Del Rio specifically) repeatedly while languishing in severe pain caused by the facility is unimaginable, as I explained to Mr. Teneyuca earlier in the day, even when I was flown from Metropolitan Detention Centre (MDC) LA to Cimarron Oklahoma I had my medications on me at all times, in Bastrop Texas I had my medications at all times, in its correct label, bagging with directions on the correct dosage, so just being moved from one dorm to another while adjacent to each other in the same facility and building should not be different.

I cannot understand how staffers at the Geo would allow one go without my medications for half a day. that I have developed swelling in my legs and in severe pain that have now lasted for more than a week as a result of the harm caused.

Geo Group is also liable as Mr. Teneyuca claimed repeatedly that it was the practice and policies that my medication would be delayed as they had to be verified they belonged to me, despite the medications being labelled with my name and A-number and clearly labelled at the top right corner "KOP".

## 2. MISSING LEGAL PROPERTY CLAIM

Secondly after my ordeal with the medical department and GEO staffers I decided to go through my property I noticed multiple legal documents missing they include response letters from the office of litigation received recently on Friday 19th 2024, multiple correspondence letters from the 5th circuit court and correspondence letter from the western district court and court transcripts.

3

Agwuegbo Ifeanyichukwu
A214946397

### 3. MISMANAGEMENT OF MAIL

On August 28 2024 I mailed legal documents to the 5th circuit addressed it properly through priority mail which means I would and should receive two copies one for the proper address and two the receipt with the tracking number, I received one copy that is the tracking receipt stating it was sent, only upon close examination I noticed the address was wrong and sent out for delivery, A. Perez(mail room staffer) arguments was I provided the incorrect address, I explained there was no way I would provide an incorrect address to the 5th circuit as for one I should have received 2 copies, one with my hand written or typed address and the 2nd copy of the tracking, more so I have repeatedly sent correspondence to the 5th circuit with the correct address. only then does she reluctantly decide to investigate.

The next day August 29.2024, I get a response from her on the tablet the error was corrected and mailed out, fortunately, she delivered some mail to the unit that day so I asked her, how am I supposed to believe that it was corrected without no proof or documents she insisted that she personally went to the USPS office to effect the change, not buying that story I had to redo all the legal paper work all over again, then send the documents at an extra cost to my pocket to the 5th circuit as it was time sensitive.

It is really important to factor in had I proceeded by sending that mail without a tracking that error with the organization would have gone unnoticed thereby hampering my case for which the damages are unimaginable.

### 4. CONTINOUS RETALIATION CLAIMS

I have detailed continuous patterns of abuse by the GEO group through its staffers on myself from racial abuse and profiling to repeated systematic forms of withdrawal of statements of safety due to staff victimization done to me by Mrs. Perez, which the led Mrs. Macharro mandated I withdraw my safety concerns or taken to segregation.

4

Agwuegbo Ifeanyichukwu
A214946397

## 5. NEGLIGENCE, DELIBERATE INDIFFERENCE BY ICE

Finally, ICE Specifically (DOJ ARRANDA) is liable as it contracts Geo to maintain custody of myself, and has repeatedly turned a blind eye to the repeated, clear cut abuses that I have being facing for the last 11 months, its duties are to ensure safety, good living conditions, essentially quality medical care and freedom from retaliation from its contractors.

Ice has repeatedly failed in ensuring all parameters as repeatedly I have detailed deplorable living conditions never experienced in any prison housed due to over 100 individual cramped in a pod with limited accessibility to essentials bathrooms, there are roaches and bugs everywhere, just recently a fellow detained while in (DD) dorm was bitten by a scorpion, he captured it showed to Geo staffers, nothing was done, one would think the simplest action would be to fumigate the dorms Due to overcrowding its unbearable to sleep at night as with 100 people you have 100 different characters extremely loud noises, bangings on counters and bed. animal mimicking sounds all night every day (monkey /dog/cat /chicken) it is relentless, that it constantly leads to repeat fights

I have also detailed the food situation repeatedly provided rotten food, acrid to expired, out of date milk provided, that I showed ICE official Cumpian and OIDO yet the patterns continue till this day, the provision of the meal has led repeatedly to upset running stomach that I am forced to exclude myself from eating it but unfortunately the options are limited its either eat and suffer the upset stomach or starve. A melancholic situation.

ICE is further culpable as to the safety of detainees from all forms of discrimination, malicious attempts by its contractor, (it says this on the detainee handbook and is plastered all over the dorms) I have detailed systematic abuse suffered and done on me by ICE contractors GEO, from racist abuse to repeated insults requiring basic needs to staff intimidation, vindictiveness, victimization and repeated retaliation at the hand of GEO staffers from Perez, M. Ramos Machorro, that I reported to ICE, which was ignored.

Finally, I reported the most recent medical situation to ICE official Arranda and his exact words was write a grievance, I have requested the copies of the conversations but I know I would not be provided those documents.

Agwuegbo Ifeanyichukwu
A214946397

## 6. PRAYER FOR RELIEF.

I pray this court assume jurisdiction of this case.

I pray this court grant immediate release either on low bond, supervised release pending the duration of this case as to avoid further repeat retaliation.

I pray this court ask the respondents as to why this motion should not stand.

I pray this court grant any relief deemed necessary.


Finally find copies of all the correspondence I could receive.

Respectfully submitted.

25.09.24.

6

Agwuegbo Ifeanyichukwu
A214946397

**DEAR SIR.**

**Kindly find attached the following**:

- 1.An Original brief done to my best abilities and circumstances I am in, staffers in here do not know what the processor on the computer being used is nor are they aware of the windows. Also the brief slightly exceeds the 30-page limit by a few pages due to the spacing guidelines.

- 2. A motion to reconsider a stay of removal this is done as ICE policy on removal would negatively affect myself with what I am trying to accomplish.

- I do send this brief as a replacement to the old one, the officials at the STIP incorrectly put a wrong address to what I provided, I have tried to rectify it with them but I get the run around I have also tried to call the 5th circuit office repeatedly but to no answers so I am left with no other choice than to send a new brief. I have also forwarded this brief to all parties involved.

Respectfully submitted.

Agwuegbo Ifeanyichukwu.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 17, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-60388    Agwuegbo v. Garland
                Agency No. A214 946 397

Enclosed is an order entered in this case.

We received your letter with the attached corrected brief.
We filed the corrected brief. The respondent's brief is due for
filing on 10/7/24.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Roeshawn Johnson, Deputy Clerk
                504-310-7998

Mr. Ifeanyichukwu Agwuegbo
Mr. Daniel A. Bible
Executive Office of Immigration Review
Office of Immigration Litigation
Ms. Krishana Patel




EP14F October 2023
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL** ®

PRESS FIRMLY TO SEAL

RATE ENVELOPE
ANY WEIGHT

■ INSURED

■ specified for domestic use.
■ include $100 of insurance (restrictions apply).*
■ service included for domestic and many international destinations.
■ insurance.**
■ nationally, a customs declaration
■ certain items. For details regarding
■ Mail Manual at http://pe.usps.com for ava
■ at http://pe.usps.com.



USPS TRACKING #

9114 9014 9645 1316 3487 02

UNITED STATES
POSTAL SERVICE ®

USPS.COM/PICKUP

scan the QR code.

LAB400R  Aug. 2013
7690-17-000-0669

DD85

FROM:
Agwuegbo, Ifeanyichukwu
A214946397
South Texas ICE Processing Center
566 Veterans Dr.
Pearsall, TX 78061

TO:
U.S. Clerk of Court
262 W. Nueva St.
Suite Number 1-400
San Antonio, TX 78207

IMI
$009.85 ⁹
09/03/2024 ZIP 78061
043M31233009
US PO

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.


A2144/6397-
566 VETERANS DV
PEARSALL TX 78061.

PRIORITY MAIL

U.S. CLERK OF COURT.
262 W. NUEVA
SUITE NUMBER 1 — 400
SAN Antonio Texas 78207.

This is how it should come
with my handwriting


FSC
MIX
FSC® C116916


how2recycle.info
PAPER
POUCH

**PRESS FIRMLY TO SEAL**


PRIORITY MAIL
IMI
$009.85
09/11/2024 ZIP 78061
043M31233009

US POSTAGE

Mail From A
Facility

~~TED STATES~~
~~AL SERVICE~~®

**PRIORITY**®
MAIL

...te specified for domestic use.

...include $100 of insurance (restrictions apply).*

...ice included for domestic and many international destinations.

...insurance.**

...nally, a customs declaration

...ertain items. For details regarding c

...://pe.usps.com.

...ual at *http://pe.usps.com* for availa

**UNITED STATES**
**POSTAL SERVICE**®

**USPS TRACKING #**



9114 9014 9645 1316 3487 33

LAB40R Aug. 2013
7690-17-000-0669

scan the QR code.

**FROM:** AGWUEGBO, IFEANYICHUKWU
A214946397
South Texas ICE Processing CTR
566 Veterans Dr.
Pearsall, TX 78061

**TO:**

OFFICE OF THE CLERK
5th CIRCUIT (F. EDWARD H. BLD)
600 S. MAESTRI PLACE
STE 115
New Orleans, LA 70130

**E ENVELOPE**
...EIGHT


USPS.COM/PICKUP


how2recycle.info
PAPER
POUCH

**INSURED**



...14    ...EP14F October 2023
...2 1/2 x 9 1/2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.



GBo Ifeanyichukwu
463917
TERANAS DRIVE
ALL TX 78061.

Mail From A
Facility

PRIORITY MAIL

OFFICE OF THE CLERK
5th CIRCUIT. (F. EDWARD. H. BLD).
600 S. MAESTRI PLACE
STE 115
NEW ORLEANS
L.A 70130

my hand writing.



PRIORITY MAIL
IMI
$009.85 ⁹
08/28/2024 ZIP 78061
043M31233009

US POSTAGE

quadient

 

Y TO SEAL          PRESS FIRMLY TO SEAL

# UNITED STATES | PRIORITY®
## OSTAL SERVICE® | MAIL

ery date specified for domestic use.

ments include $100 of insurance (restrictions apply).*

y® service included for domestic and many international destinations.

ational insurance.**

ernationally, a customs declaration form is required.

cover certain items. For details regarding claims exclusions see the
al at *http://pe.usps.com.*

Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

## ATE ENVELOPE
NY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## D ■ INSURED



1000014          EP14F October 2023



DO85

FROM:

Agwuegbo Ifeanyichukwu
A214946397
566 veterans Dr.
Pearsall, Tx 78061

TO:

5th Circuit Court
600 S. Maesin Place Ste115
New Orleans, LA 70130


UNITED STATES POSTAL SERVICE®

USPS TRACKING #



9114 9014 9645 1316 3486 96

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

# Request #479599311

**Profile Photo:**



**Audit Photo:**



## Resident Info

Name: Ifeanyichukwu Agwuegbo (1984-10-01)
Booking Number: A214946397
Nationality: NG
Submitted Date: 08/24/24 20:10
Submitted Room: DNAD/DD
Current Room: MNAD/DM
Facility: South Texas
MAC ID: C4:FB:C8:04:45:2A
Device ID: C4FBC804452A

## Form Info

Category: GEO
Form: MAILROOM
Internal Tag: No Tag

## Request Info

Status: CLOSED
Facility Deadline: 08/28/24 23:59

Summary of Request:

Kindly track this mail USPS tracking number 9114 9014 9645 1316 3486 27.. Cheers

Details of Request:

**What is your Nationality?:**
Ng

**What is the subject of your issue or question?:**
Facility to Facility Correspondence

**Plese provide any additional information needed.:**
Cheers

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/26/24 12:26 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| 08/26/24 07:27 | A Martinez | Changed Status | From 'Open' to 'Closed' |
| **08/26/24 07:27** | **A Martinez** | **Staff Response** | **Your correspondence arrived at it destination on 8/12/2024 at 12:50 pm.** |
| **08/24/24 20:10** | **Ifeanyichukwu Agwuegbo** | **Submitted New** | **Kindly track this mail USPS tracking number 9114 9014 9645 1316 3486 27.. Cheers** |

9/24/24, 7:15 AM  geoselepe2.com/admin/grievances/documents/batch-print?authenticity-token=5RKBq2yS8%2FXM0TohdHsH0iXla8bQ7Qoj08B8...

Case 5:24-cv-01128-JKP    Document 1    Filed 09/30/24    Page 15 of 40

# Request #483107821

**Profile Photo:**



**Audit Photo:**



### Resident Info

Name: Ifeanyichukwu Agwuegbo (1984-10-01)
Booking Number: A214946397
Nationality: NG
Submitted Date: 09/05/24 11:58
Submitted Room: DNAD/DD
Current Room: MNAD/DM
Facility: South Texas
MAC ID: CC:B8:A8:9A:6A:25
Device ID: CCB8A89A6A25

### Form Info

Category: GEO
Form: MAILROOM
Internal Tag: No Tag

### Request Info

Status: CLOSED **by** A. Perez
Facility Deadline: 09/10/24 23:59

Summary of Request:

Hello I like to track me mail.. USPS 9114 9014 9645 1316 3486. 96

Details of Request:

**What is your Nationality?:**
Ng

**What is the subject of your issue or question?:**
Facility to Facility Correspondence

**Plese provide any additional information needed.:**
Tracking please

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 09/07/24 19:04 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| 09/07/24 09:43 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| 09/07/24 09:40 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| 09/05/24 17:07 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| 09/05/24 12:03 | A. Perez — *female* | Changed Status | From 'Open' to 'Closed' |
| **09/05/24 12:03** | **A. Perez** | **Staff Response** | **9114901496451316348696 Your item was delivered in or at the mailbox at 11:49 am on September 3, 2024 in NEW ORLEANS, LA 70130. Delivered Delivered, In/At Mailbox NEW ORLEANS, LA 70130 September 3, 2024, 11:49** |

# Grievance #471909881

**Profile Photo:**



**Audit Photo:**



### Resident Info

Name: Ifeanyichukwu Agwuegbo (1984-10-01)
Booking Number: A214946397
Nationality: NG
Submitted Date: 07/30/24 17:16
Submitted Room: ENAD/DE
Current Room: MNAD/DM
Facility: South Texas
MAC ID: 4846C1222991
Device ID: 4846C1222991

### Form Info

Category: GEO
Form: Grievances
Internal Tag: No Tag

### Grievance Info

Grievance ID #:
Status: CLOSED **by** R. Currie
Facility Deadline: 08/13/24 23:59
Grievance Level: 1
Resident can reply: No

**Summary:**

Ihis grievance is m. Ramos

**Details:**

**What is your Nationality?:**
Ng

**What is your bunk number?:**
Seven

**What housing area are you assigned to?:**
DL

**Please state your grievance::**
*Include documentation, name of any witnesses supporting your claim and date of incident.*
M. Ramos came into the dorm today i simply asked she moved me patner to another dorm im alone i have no one to communicate with, she replied i speak spanish, i responded im trying to learn spanish and i asked again who do i ask to either be moved to my partners dorm and she walks away without a response. I follow her up demanding an answer to my question, what i can never understand about this facility is staffs can not answer the básic questions always met with snide remarks inuendos and un profesional conducts i have never been disrespected in my life the way i have been here and i am coming from 5 prisión facility. I have been racially profiled and discriminated by staffs in this facilita, you cant chat with ICE about ones case. Jeez

**Please state how and when an informal resolution was attempted::**
*Please provide details.*
N\A

**What action are you requesting?:**
*Describe the action and/or detailed resolution you are requesting*

How a staff walks away when a questions is being asked without providing answers to a simple question is shocking and i am coming from prison

**\*\*Please note that if you are not satisfied with this response, you may fill out the appeal form provided by grievance department. The appeal must be returned within 5 days of the formal decision.:**

**INSTRUCTIONS FOR COMPLETING THE GRIEVANCE FORM:**

**1. You should always attempt to solve your problem with staff/supervision before you submit your grievance. You must make a request to the appropriate department before an item is considered a grievance. However, you may file a formal grievance at any time during, after or in lieu of submitting an informal complaint. Please submit your grievance within a timely manner of the incident or problem for proper investigation. You can get grievance forms from your housing unit officer. After you fill out the grievance form, you can deposit your grievance into the locked labeled GEO Grievance Box located in the housing dorms. You may submit your original grievance form to the grievance coordinator or through the tablet with the exception of medical grievances. The grievance department will process a grievance within five (5) days.:**

**2. You should write your grievance briefly and clearly. You should be very specific about your grievance problem. Provide an explanation or evidence if it will help us understand your grievance. The best grievances are ones that give facts, not conclusions. Facts can be verified. A statement such as "cruel and unusual punishment" is a legal conclusion and is not helpful to your grievance.:**

**3. Stick to one (1) issue all the way through the steps. Do not bring up a new grievance issue on the initial grievance or appeal. The only time you can complain about more than one issue is if you want to grieve about a disciplinary case. Then you should tell us everything you think is wrong with your disciplinary case. Otherwise, stick to one issue on each grievance. Also, do not submit repetitive grievances on the same issue. You will have the following levels of appeal: (1) Grievance Committee; (2) Facility Administrator in conjunction with the ICE Assistant Field Office Director. Once you appeal your grievance to the last step, your administrative remedies are exhausted.:**

**4. Write clearly and legibly so that your grievance can be read and understood. Do not use legal words. Explain how the grievance or problem affects you personally. The grievance you write is yours, with your signature, about your problem, not about somebody else's problem. If the problem doesn't affect you, it is not a grievance. Let the other person sign and submit his/her own grievance.:**

**5. You can use the grievance procedure to complain (a) about the interpretation and applications of policies, rules, regulations and procedures; (b) about any action by an individual employee or another person in physical custody, including any denial of access to the grievance procedure; (c) about reprisals for submitting a complaint through this procedure; (d) about the loss of or damage to property you are authorized to possess; or (e) about any other matter relating to conditions of care or supervision which are within the authority of the South Texas ICE Processing Center to remedy.:**

**6. Tell us what action you want us to take to resolve your grievance or problem. Your requested action must be one which can be granted and must be related to the issue in your grievance. We cannot give you money damages, we cannot do anything about your immigration case, we cannot act on issues for which other appeal mechanisms exist and we cannot rule on anything beyond our control and authority to remedy. Also, do not ask for disciplinary action against employees.:**

**7. If you decide to appeal the decision, you must give reason for appealing. Submit your appeal to the Grievance Department within five (5) days of the date that you signed for the decision of your formal grievance. The Grievance Officer will provide you with the appeal form when they return the decision of your formal grievance. The Grievance Committee has five (5) days to address your grievance. :**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/01/24 10:57 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |

# Grievance #474647591

**Profile Photo:**



**Audit Photo:**



### Resident Info

**Name:** Ifeanyichukwu Agwuegbo (1984-10-01)
**Booking Number:** A214946397
**Nationality:** NG
**Submitted Date:** 08/08/24 13:33
**Submitted Room:** ENAD/DE
**Current Room:** MNAD/DM
**Facility:** South Texas
**MAC ID:** 48:46:C1:22:6E:A6
**Device ID:** 4846C1226EA6

### Form Info

**Category:** GEO
**Form:** Grievances
**Internal Tag:** No Tag

### Grievance Info

**Grievance ID #:**
**Status:** CLOSED **by** R. Currie
**Facility Deadline:** 08/22/24 23:59
**Grievance Level:** 1
**Resident can reply:** No

**Summary:**

Its on m Ramos once again. I need to be transferred to another facility. Thanks

Details:

**What is your Nationality?:**
Ng

**What is your bunk number?:**
Seven

**What housing area are you assigned to?:**
DE

**Please state your grievance::**
*Include documentation, name of any witnesses supporting your claim and date of incident.*
Ramos came in today, my partner was sitting on me bed, I was helping with him with legal paper work. She stated 1 per bed. I asked her are we in count she said no. So I told her there is no notice in this facility on the board or hand book that states one per bed except during count. It degenerated to insults and degrading comments.. Kindly confirm from the duty officer S Lopez. Its no longer safe for me to be here as I am constantly being threatened by her.

**Please state how and when an informal resolution was attempted::**
*Please provide details.*
Today

**What action are you requesting?:**
*Describe the action and/or detailed resolution you are requesting*
Transfer to a different facility its become obvious my life is no longer safe.

**Please note that if you are not satisfied with this response, you may fill out the appeal form provided by grievance department. The appeal must be returned within 5 days of the formal decision.:**

**INSTRUCTIONS FOR COMPLETING THE GRIEVANCE FORM:**

**1. You should always attempt to solve your problem with staff/supervision before you submit your grievance. You must make a request to the appropriate department before an item is considered a grievance. However, you may file a formal grievance at any time during, after or in lieu of submitting an informal complaint. Please submit your grievance within a timely manner of the incident or problem for proper investigation. You can get grievance forms from your housing unit officer. After you fill out the grievance form, you can deposit your grievance into the locked labeled GEO Grievance Box located in the housing dorms. You may submit your original grievance form to the grievance coordinator or through the tablet with the exception of medical grievances. The grievance department will process a grievance within five (5) days.:**

**2. You should write your grievance briefly and clearly. You should be very specific about your grievance problem. Provide an explanation or evidence if it will help us understand your grievance. The best grievances are ones that give facts, not conclusions. Facts can be verified. A statement such as "cruel and unusual punishment" is a legal conclusion and is not helpful to your grievance.:**

**3. Stick to one (1) issue all the way through the steps. Do not bring up a new grievance issue on the initial grievance or appeal. The only time you can complain about more than one issue is if you want to grieve about a disciplinary case. Then you should tell us everything you think is wrong with your disciplinary case. Otherwise, stick to one issue on each grievance. Also, do not submit repetitive grievances on the same issue. You will have the following levels of appeal: (1) Grievance Committee; (2) Facility Administrator in conjunction with the ICE Assistant Field Office Director. Once you appeal your grievance to the last step, your administrative remedies are exhausted.:**

**4. Write clearly and legibly so that your grievance can be read and understood. Do not use legal words. Explain how the grievance or problem affects you personally. The grievance you write is yours, with your signature, about your problem, not about somebody else's problem. If the problem doesn't affect you, it is not a grievance. Let the other person sign and submit his/her own grievance.:**

**5. You can use the grievance procedure to complain (a) about the interpretation and applications of policies, rules, regulations and procedures; (b) about any action by an individual employee or another person in physical custody, including any denial of access to the grievance procedure; (c) about reprisals for submitting a complaint through this procedure; (d) about the loss of or damage to property you are authorized to possess; or (e) about any other matter relating to conditions of care or supervision which are within the authority of the South Texas ICE Processing Center to remedy.:**

**6. Tell us what action you want us to take to resolve your grievance or problem. Your requested action must be one which can be granted and must be related to the issue in your grievance. We cannot give you money damages, we cannot do anything about your immigration case, we cannot act on issues for which other appeal mechanisms exist and we cannot rule on anything beyond our control and authority to remedy. Also, do not ask for disciplinary action against employees.:**

**7. If you decide to appeal the decision, you must give reason for appealing. Submit your appeal to the Grievance Department within five (5) days of the date that you signed for the decision of your formal grievance. The Grievance Officer will provide you with the appeal form when they return the decision of your formal grievance. The Grievance Committee has five (5) days to address your grievance. :**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/09/24 18:05 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| 08/09/24 14:10 | R. Currie | Staff Response | On Friday, August 9,2024 you spoke with Major I. Machorro. Major was able to explain the |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | the DE Dorm. You advised Major that you will write a statement about the problems with Sgt. Ramos. You also advised the Major that you are okay withdrawing you grievance on Sgt. Ramos. You advised Major that, "I am no longer in fear for my safety." |
| 08/09/24 14:10 | R. Currie | Changed Status | From 'Open' to 'Closed' |
| 08/09/24 07:22 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| 08/08/24 13:57 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| **08/08/24 13:33** | **Ifeanyichukwu Agwuegbo** | **Submitted New** | **Its on m Ramos once again. I need to be transferred to another facility. Thanks** |

decision.:

**INSTRUCTIONS FOR COMPLETING THE GRIEVANCE FORM:**

**1.** You should always attempt to solve your problem with staff/supervision before you submit your grievance. You must make a request to the appropriate department before an item is considered a grievance. However, you may file a formal grievance at any time during, after or in lieu of submitting an informal complaint. Please submit your grievance within a timely manner of the incident or problem for proper investigation. You can get grievance forms from your housing unit officer. After you fill out the grievance form, you can deposit your grievance into the locked labeled GEO Grievance Box located in the housing dorms. You may submit your original grievance form to the grievance coordinator or through the tablet with the exception of medical grievances. The grievance department will process a grievance within five (5) days.:

**2.** You should write your grievance briefly and clearly. You should be very specific about your grievance problem. Provide an explanation or evidence if it will help us understand your grievance. The best grievances are ones that give facts, not conclusions. Facts can be verified. A statement such as "cruel and unusual punishment" is a legal conclusion and is not helpful to your grievance.:

**3.** Stick to one (1) issue all the way through the steps. Do not bring up a new grievance issue on the initial grievance or appeal. The only time you can complain about more than one issue is if you want to grieve about a disciplinary case. Then you should tell us everything you think is wrong with your disciplinary case. Otherwise, stick to one issue on each grievance. Also, do not submit repetitive grievances on the same issue. You will have the following levels of appeal: (1) Grievance Committee; (2) Facility Administrator in conjunction with the ICE Assistant Field Office Director. Once you appeal your grievance to the last step, your administrative remedies are exhausted.:

**4.** Write clearly and legibly so that your grievance can be read and understood. Do not use legal words. Explain how the grievance or problem affects you personally. The grievance you write is yours, with your signature, about your problem, not about somebody else's problem. If the problem doesn't affect you, it is not a grievance. Let the other person sign and submit his/her own grievance.:

**5.** You can use the grievance procedure to complain (a) about the interpretation and applications of policies, rules, regulations and procedures; (b) about any action by an individual employee or another person in physical custody, including any denial of access to the grievance procedure; (c) about reprisals for submitting a complaint through this procedure; (d) about the loss of or damage to property you are authorized to possess; or (e) about any other matter relating to conditions of care or supervision which are within the authority of the South Texas ICE Processing Center to remedy.:

**6.** Tell us what action you want us to take to resolve your grievance or problem. Your requested action must be one which can be granted and must be related to the issue in your grievance. We cannot give you money damages, we cannot do anything about your immigration case, we cannot act on issues for which other appeal mechanisms exist and we cannot rule on anything beyond our control and authority to remedy. Also, do not ask for disciplinary action against employees.:

**7.** If you decide to appeal the decision, you must give reason for appealing. Submit your appeal to the Grievance Department within five (5) days of the date that you signed for the decision of your formal grievance. The Grievance Officer will provide you with the appeal form when they return the decision of your formal grievance. The Grievance Committee has five (5) days to address your grievance. :

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/09/24 15:01 | R. Currie | Staff Response | Informally resolved. You were able to speak with Major I. Machorro about the situation with Sgt. Ramos and withdrew your grievance on her on 08/09/2024. |
| 08/09/24 15:01 | R. Currie | Changed Status | From 'Open' to 'Closed' |
| 08/09/24 07:28 | Ifeanyichukwu Agwuegbo | Submitted New | I need to speak to the warden |

## INSTRUCTIONS FOR COMPLETING THE GRIEVANCE FORM:

**1.** You should always attempt to solve your problem with staff/supervision before you submit your grievance. You must make a request to the appropriate department before an item is considered a grievance. However, you may file a formal grievance at any time during, after or in lieu of submitting an informal complaint. Please submit your grievance within a timely manner of the incident or problem for proper investigation. You can get grievance forms from your housing unit officer. After you fill out the grievance form, you can deposit your grievance into the locked labeled GEO Grievance Box located in the housing dorms. You may submit your original grievance form to the grievance coordinator or through the tablet with the exception of medical grievances. The grievance department will process a grievance within five (5) days.:

**2.** You should write your grievance briefly and clearly. You should be very specific about your grievance problem. Provide an explanation or evidence if it will help us understand your grievance. The best grievances are ones that give facts, not conclusions. Facts can be verified. A statement such as "cruel and unusual punishment" is a legal conclusion and is not helpful to your grievance.:

**3.** Stick to one (1) issue all the way through the steps. Do not bring up a new grievance issue on the initial grievance or appeal. The only time you can complain about more than one issue is if you want to grieve about a disciplinary case. Then you should tell us everything you think is wrong with your disciplinary case. Otherwise, stick to one issue on each grievance. Also, do not submit repetitive grievances on the same issue. You will have the following levels of appeal: (1) Grievance Committee; (2) Facility Administrator in conjunction with the ICE Assistant Field Office Director. Once you appeal your grievance to the last step, your administrative remedies are exhausted.:

**4.** Write clearly and legibly so that your grievance can be read and understood. Do not use legal words. Explain how the grievance or problem affects you personally. The grievance you write is yours, with your signature, about your problem, not about somebody else's problem. If the problem doesn't affect you, it is not a grievance. Let the other person sign and submit his/her own grievance.:

**5.** You can use the grievance procedure to complain (a) about the interpretation and applications of policies, rules, regulations and procedures; (b) about any action by an individual employee or another person in physical custody, including any denial of access to the grievance procedure; (c) about reprisals for submitting a complaint through this procedure; (d) about the loss of or damage to property you are authorized to possess; or (e) about any other matter relating to conditions of care or supervision which are within the authority of the South Texas ICE Processing Center to remedy.:

**6.** Tell us what action you want us to take to resolve your grievance or problem. Your requested action must be one which can be granted and must be related to the issue in your grievance. We cannot give you money damages, we cannot do anything about your immigration case, we cannot act on issues for which other appeal mechanisms exist and we cannot rule on anything beyond our control and authority to remedy. Also, do not ask for disciplinary action against employees.:

**7.** If you decide to appeal the decision, you must give reason for appealing. Submit your appeal to the Grievance Department within five (5) days of the date that you signed for the decision of your formal grievance. The Grievance Officer will provide you with the appeal form when they return the decision of your formal grievance. The Grievance Committee has five (5) days to address your grievance. :

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 09/23/24 16:14 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| 09/23/24 14:00 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| **09/23/24 12:29** | **L. Guerrero** | **Staff Response** | **The Medical Department is not currently using the electronic grievance form. However, your grievance was taken to medical personnel on [date]. Furthermore, for future references if you** |

# Grievance #488281741

**Profile Photo:**



**Audit Photo:**



### Resident Info

**Name:** Ifeanyichukwu Agwuegbo (1984-10-01)
**Booking Number:** A214946397
**Nationality:** NG
**Submitted Date:** 09/22/24 11:38
**Submitted Room:** MNAD/DM
**Current Room:** MNAD/DM
**Facility:** South Texas
**MAC ID:** CC:B8:A8:9A:45:9D
**Device ID:** CCB8A89A459D

### Form Info

**Category:** GEO
**Form:** Grievances
**Internal Tag:** No Tag

### Grievance Info

**Grievance ID #:**
**Status:** CLOSED **by** L. Guerrero
**Facility Deadline:** 10/06/24 23:59
**Grievance Level:** 1
**Resident can reply:** No

**Summary:**

I have gone 5 hours without my medications

**Details:**

**What is your Nationality?:**
Ng

**What is your bunk number?:**
81

**What housing area are you assigned to?:**
Dm

**Please state your grievance::**
*Include documentation, name of any witnesses supporting your claim and date of incident.*
I have gone 5 hours without my pain medications, I refused and would not sign no paperwork accepting my properties from DD to DM, I have repeatedly requested for medical for my medications, the run and dance around continues, while I am in severe pain. The other options are to continue to suffer in pain sign up for sick call 3 times that's 3 days without my medications.

**Please state how and when an informal resolution was attempted::**
*Please provide details.*
N\A

**What action are you requesting?:**
*Describe the action and/or detailed resolution you are requesting*
this is a law suit, I am deprived of medical care and medications that I have/ had in my personal belongings that relief my pain. Approved by the doctors

**\*\*Please note that if you are not satisfied with this response, you may fill out the appeal form provided by grievance department. The appeal must be returned within 5 days of the formal decision.:**

**INSTRUCTIONS FOR COMPLETING THE GRIEVANCE FORM:**

**1. You should always attempt to solve your problem with staff/supervision before you submit your grievance. You must make a request to the appropriate department before an item is considered a grievance. However, you may file a formal grievance at any time during, after or in lieu of submitting an informal complaint. Please submit your grievance within a timely manner of the incident or problem for proper investigation. You can get grievance forms from your housing unit officer. After you fill out the grievance form, you can deposit your grievance into the locked labeled GEO Grievance Box located in the housing dorms. You may submit your original grievance form to the grievance coordinator or through the tablet with the exception of medical grievances. The grievance department will process a grievance within five (5) days.:**

**2. You should write your grievance briefly and clearly. You should be very specific about your grievance problem. Provide an explanation or evidence if it will help us understand your grievance. The best grievances are ones that give facts, not conclusions. Facts can be verified. A statement such as "cruel and unusual punishment" is a legal conclusion and is not helpful to your grievance.:**

**3. Stick to one (1) issue all the way through the steps. Do not bring up a new grievance issue on the initial grievance or appeal. The only time you can complain about more than one issue is if you want to grieve about a disciplinary case. Then you should tell us everything you think is wrong with your disciplinary case. Otherwise, stick to one issue on each grievance. Also, do not submit repetitive grievances on the same issue. You will have the following levels of appeal: (1) Grievance Committee; (2) Facility Administrator in conjunction with the ICE Assistant Field Office Director. Once you appeal your grievance to the last step, your administrative remedies are exhausted.:**

**4. Write clearly and legibly so that your grievance can be read and understood. Do not use legal words. Explain how the grievance or problem affects you personally. The grievance you write is yours, with your signature, about your problem, not about somebody else's problem. If the problem doesn't affect you, it is not a grievance. Let the other person sign and submit his/her own grievance.:**

**5. You can use the grievance procedure to complain (a) about the interpretation and applications of policies, rules, regulations and procedures; (b) about any action by an individual employee or another person in physical custody, including any denial of access to the grievance procedure; (c) about reprisals for submitting a complaint through this procedure; (d) about the loss of or damage to property you are authorized to possess; or (e) about any other matter relating to conditions of care or supervision which are within the authority of the South Texas ICE Processing Center to remedy.:**

**6. Tell us what action you want us to take to resolve your grievance or problem. Your requested action must be one which can be granted and must be related to the issue in your grievance. We cannot give you money damages, we cannot do anything about your immigration case, we cannot act on issues for which other appeal mechanisms exist and we cannot rule on anything beyond our control and authority to remedy. Also, do not ask for disciplinary action against employees.:**

**7. If you decide to appeal the decision, you must give reason for appealing. Submit your appeal to the Grievance Department within five (5) days of the date that you signed for the decision of your formal grievance. The Grievance Officer will provide you with the appeal form when they return the decision of your formal grievance. The Grievance Committee has five (5) days to address your grievance. :**

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 09/23/24 14:01 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| 09/23/24 13:59 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |

9/25/24, 10:07 AM          snap.reimate.com/admin/grievances/documents/batch_print?authenticity_token=44E0FNCfauerKMIK9O9b%2FSsNBy06x%2F6B…

Case 5:24-cv-01128-JKP     Document 1     Filed 09/30/24     Page 25 of 40

# Grievance #488349011

**Profile Photo:**



**Audit Photo:**



## Resident Info

Name: Ifeanyichukwu Agwuegbo (1984-10-01)
Booking Number: A214946397
Nationality: NG
Submitted Date: 09/22/24 16:09
Submitted Room: MNAD/DM
Current Room: MNAD/DM
Facility: South Texas
MAC ID: CC:B8:A8:9A:52:A2
Device ID: CCB8A89A52A2

## Form Info

Category: GEO
Form: Grievances
Internal Tag: No Tag

## Grievance Info

Grievance ID #:
Status: CLOSED **by** L. Guerrero
Facility Deadline: 10/06/24 23:59
Grievance Level: 1
Resident can reply: No

Summary:

I spent have spent 10 hours requesting my medication

Details:

**What is your Nationality?:**
Ng

**What is your bunk number?:**
81

**What housing area are you assigned to?:**
Dm

**Please state your grievance::**
*Include documentation, name of any witnesses supporting your claim and date of incident.*
I SPENT 10 HOURS WITHOUT MEDICATION ONLY TO GET TO MEDICAL, AFTER BEING KEPT THERE FOR
OVER 30 MINS THE MEDICATION WAS FOUND IN ANOTHER BAG, I AM GOING THROUGH MY LEGAL
DOCUMENTS AND SOME DOCUMENTS ARE MISSING TO INCLUDE COURT TRANSCRIPTS, LETTER FROM
THE WESTERN DISTRICT COURT AND THE OPPOSITION RESPONSE FROM THE OFFICE OF LITIGATION
RECEIVED JUST RECENTLY.

**Please state how and when an informal resolution was attempted::**
*Please provide details.*
N\A

**What action are you requesting?:**
*Describe the action and/or detailed resolution you are requesting*
I NEED TO TALK TO THE GRIEVANCE LADY

9/25/24, 10:07 AM
Case 5:24-cv-01128-JKP   Document 1   Filed 09/30/24   Page 36 of 40
snap.telmate.com/admin/grievances/documents/batch_print?authenticity_token=4E0FNLf6LE6FRMlK3O9b%2FSsNBy06x%2F6B...

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 09/23/24 16:14 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| **09/22/24 16:09** | **Ifeanyichukwu Agwuegbo** | **Submitted New** | **I spent have spent 10 hours requesting my medication** |

**INSTRUCTIONS FOR COMPLETING THE GRIEVANCE FORM:**

**1. You should always attempt to solve your problem with staff/supervision before you submit your grievance. You must make a request to the appropriate department before an item is considered a grievance. However, you may file a formal grievance at any time during, after or in lieu of submitting an informal complaint. Please submit your grievance within a timely manner of the incident or problem for proper investigation. You can get grievance forms from your housing unit officer. After you fill out the grievance form, you can deposit your grievance into the locked labeled GEO Grievance Box located in the housing dorms. You may submit your original grievance form to the grievance coordinator or through the tablet with the exception of medical grievances. The grievance department will process a grievance within five (5) days.:**

**2. You should write your grievance briefly and clearly. You should be very specific about your grievance problem. Provide an explanation or evidence if it will help us understand your grievance. The best grievances are ones that give facts, not conclusions. Facts can be verified. A statement such as "cruel and unusual punishment" is a legal conclusion and is not helpful to your grievance.:**

**3. Stick to one (1) issue all the way through the steps. Do not bring up a new grievance issue on the initial grievance or appeal. The only time you can complain about more than one issue is if you want to grieve about a disciplinary case. Then you should tell us everything you think is wrong with your disciplinary case. Otherwise, stick to one issue on each grievance. Also, do not submit repetitive grievances on the same issue. You will have the following levels of appeal: (1) Grievance Committee; (2) Facility Administrator in conjunction with the ICE Assistant Field Office Director. Once you appeal your grievance to the last step, your administrative remedies are exhausted.:**

**4. Write clearly and legibly so that your grievance can be read and understood. Do not use legal words. Explain how the grievance or problem affects you personally. The grievance you write is yours, with your signature, about your problem, not about somebody else's problem. If the problem doesn't affect you, it is not a grievance. Let the other person sign and submit his/her own grievance.:**

**5. You can use the grievance procedure to complain (a) about the interpretation and applications of policies, rules, regulations and procedures; (b) about any action by an individual employee or another person in physical custody, including any denial of access to the grievance procedure; (c) about reprisals for submitting a complaint through this procedure; (d) about the loss of or damage to property you are authorized to possess; or (e) about any other matter relating to conditions of care or supervision which are within the authority of the South Texas ICE Processing Center to remedy.:**

**6. Tell us what action you want us to take to resolve your grievance or problem. Your requested action must be one which can be granted and must be related to the issue in your grievance. We cannot give you money damages, we cannot do anything about your immigration case, we cannot act on issues for which other appeal mechanisms exist and we cannot rule on anything beyond our control and authority to remedy. Also, do not ask for disciplinary action against employees.:**

**7. If you decide to appeal the decision, you must give reason for appealing. Submit your appeal to the Grievance Department within five (5) days of the date that you signed for the decision of your formal grievance. The Grievance Officer will provide you with the appeal form when they return the decision of your formal grievance. The Grievance Committee has five (5) days to address your grievance. :**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/23/24 20:42 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| **07/23/24 08:25** | **L. Guerrero** | **Staff Response** | **Maintenance and classification was made aware, dorm was moved to DE, on 07/22/2024 at 2000.Informally resolved. -- Informalmente resuelto.** |
| 07/23/24 08:25 | L. Guerrero | Changed Status | From 'Open' to 'Closed' |

9/25/24, 10:07 AM

Case 5:24-cv-01129-JKP Document 1 Filed 09/30/24 Page 28 of 40

app.talmate.com/admin/grievances/documents/batch_print?authenticityToken=14E0FNPcLEoFNMIK3Q4D%2FSsNBy06x%2F6B...

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 07/23/24 08:23 | L. Guerrero | Staff Response | Maintenance and classification was made aware, dorm was moved to DE, on 07/22/2024 at 2000.Informally resolved. -- Informalmente resuelto. |
| 07/20/24 16:28 | Ifeanyichukwu Agwuegbo | Submitted New | Its almost 80 degree in here, |

# Grievance #469852521

**Profile Photo:**



**Audit Photo:**



### Resident Info

**Name:** Ifeanyichukwu Agwuegbo (1984-10-01)
**Booking Number:** A214946397
**Nationality:** NG
**Submitted Date:** 07/23/24 20:42
**Submitted Room:** ENAD/DE
**Current Room:** MNAD/DM
**Facility:** South Texas
**MAC ID:** 4846C1222991
**Device ID:** 4846C1222991

### Form Info

**Category:** GEO
**Form:** Grievances
**Internal Tag:** No Tag

### Grievance Info

**Grievance ID #:**
**Status:** CLOSED **by** L. Guerrero
**Facility Deadline:** 08/06/24 23:59
**Grievance Level:** 1
**Resident can reply:** No

Summary:

Re highligter

Details:

**What is your Nationality?:**
Ng

**What is your bunk number?:**
Seven

**What housing area are you assigned to?:**
DI

**Please state your grievance::**
*Include documentation, name of any witnesses supporting your claim and date of incident.*
The basic use of the highlighter is to make inferences to an intended audience or target how it doesnt qualify for writing material is shocking and unimaginable to me as it is important for my case and i am being denied, you lot make things difficult and uneccessary. Im trying to send legal documenta to the court and need to point out numerous errors, its like this is a concentration camp jeez its not an arm or leg even that was provided in prison and i just came from one.

**Please state how and when an informal resolution was attempted::**
*Please provide details.*
N/a

**What action are you requesting?:**
*Describe the action and/or detailed resolution you are requesting*
Just leave it in the library, im trying to fight my case there is no need for extra drama with you lot

# Grievance #467373831

**Profile Photo:**



**Audit Photo:**



### Resident Info

Name: Ifeanyichukwu Agwuegbo (1984-10-01)
Booking Number: A214946397
Nationality: NG
Submitted Date: 07/16/24 09:08
Submitted Room: LNAD/DL
Current Room: MNAD/DM
Facility: South Texas
MAC ID: 48:46:C1:23:4D:53
Device ID: 4846C1234D53

### Form Info

Category: GEO
Form: Grievances
Internal Tag: No Tag

### Grievance Info

Grievance ID #:
Status: CLOSED **by** S DeLeon
Facility Deadline: 07/30/24 23:59
Grievance Level: 1
Resident can reply: No

Summary:

Its been 3 months without bed sheets and duvets

Details:

**What is your Nationality?:**
Ng

**What is your bunk number?:**
Seven

**What housing area are you assigned to?:**
Dl

**Please state your grievance::**
*Include documentation, name of any witnesses supporting your claim and date of incident.*
Change of sheets and duvet

**Please state how and when an informal resolution was attempted::**
*Please provide details.*
N\a

**What action are you requesting?:**
*Describe the action and/or detailed resolution you are requesting*
Your hand book states it should be changed once a month, it hasn't

**\*\*Please note that if you are not satisfied with this response, you may fill out the appeal form provided by grievance department. The appeal must be returned within 5 days of the formal decision.:**

**INSTRUCTIONS FOR COMPLETING THE GRIEVANCE FORM:**

1. You should always attempt to solve your problem with staff/supervision before you submit your grievance. You must make a request to the appropriate department before an item is considered a grievance. However, you may file a formal grievance at any time during, after or in lieu of submitting an informal complaint. Please submit your grievance within a timely manner of the incident or problem for proper investigation. You can get grievance forms from your housing unit officer. After you fill out the grievance form, you can deposit your grievance into the locked labeled GEO Grievance Box located in the housing dorms. You may submit your original grievance form to the grievance coordinator or through the tablet with the exception of medical grievances. The grievance department will process a grievance within five (5) days.:

2. You should write your grievance briefly and clearly. You should be very specific about your grievance problem. Provide an explanation or evidence if it will help us understand your grievance. The best grievances are ones that give facts, not conclusions. Facts can be verified. A statement such as "cruel and unusual punishment" is a legal conclusion and is not helpful to your grievance.:

3. Stick to one (1) issue all the way through the steps. Do not bring up a new grievance issue on the initial grievance or appeal. The only time you can complain about more than one issue is if you want to grieve about a disciplinary case. Then you should tell us everything you think is wrong with your disciplinary case. Otherwise, stick to one issue on each grievance. Also, do not submit repetitive grievances on the same issue. You will have the following levels of appeal: (1) Grievance Committee; (2) Facility Administrator in conjunction with the ICE Assistant Field Office Director. Once you appeal your grievance to the last step, your administrative remedies are exhausted.:

4. Write clearly and legibly so that your grievance can be read and understood. Do not use legal words. Explain how the grievance or problem affects you personally. The grievance you write is yours, with your signature, about your problem, not about somebody else's problem. If the problem doesn't affect you, it is not a grievance. Let the other person sign and submit his/her own grievance.:

5. You can use the grievance procedure to complain (a) about the interpretation and applications of policies, rules, regulations and procedures; (b) about any action by an individual employee or another person in physical custody, including any denial of access to the grievance procedure; (c) about reprisals for submitting a complaint through this procedure; (d) about the loss of or damage to property you are authorized to possess; or (e) about any other matter relating to conditions of care or supervision which are within the authority of the South Texas ICE Processing Center to remedy.:

6. Tell us what action you want us to take to resolve your grievance or problem. Your requested action must be one which can be granted and must be related to the issue in your grievance. We cannot give you money damages, we cannot do anything about your immigration case, we cannot act on issues for which other appeal mechanisms exist and we cannot rule on anything beyond our control and authority to remedy. Also, do not ask for disciplinary action against employees.:

7. If you decide to appeal the decision, you must give reason for appealing. Submit your appeal to the Grievance Department within five (5) days of the date that you signed for the decision of your formal grievance. The Grievance Officer will provide you with the appeal form when they return the decision of your formal grievance. The Grievance Committee has five (5) days to address your grievance. :

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/19/24 12:16 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| 07/19/24 08:57 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| **07/16/24 10:42** | **S DeLeon** | **Staff Response** | **Your complaint has been duly noted and forwarded to the Laundry Supervisor for further review and/or action.** |
| 07/16/24 10:42 | S DeLeon | Changed Status | From 'Open' to 'Closed' |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/16/24 09:08 | Ifeanyichukwu Agwuegbo | Submitted New | Its been 3 months without bed sheets and duvets |

# Grievance #470203831

**Profile Photo:**



**Audit Photo:**



### Resident Info

Name: Ifeanyichukwu Agwuegbo (1984-10-01)
Booking Number: A214946397
Nationality: NG
Submitted Date: 07/24/24 20:22
Submitted Room: ENAD/DE
Current Room: MNAD/DM
Facility: South Texas
MAC ID: 48:46:C1:22:0E:9D
Device ID: 4846C1220E9D

### Form Info

Category: GEO
Form: Grievances
Internal Tag: No Tag

### Grievance Info

Grievance ID #:
Status: CLOSED **by** R. Currie
Facility Deadline: 08/07/24 23:59
Grievance Level: 1
Resident can reply: No

**Summary:**

Re highlighter

**Details:**

**What is your Nationality?:**
Ng

**What is your bunk number?:**
De

**What housing area are you assigned to?:**
Seven

**Please state your grievance::**
*Include documentation, name of any witnesses supporting your claim and date of incident.*
I need to speak to your higher ups or file to the higher ups as I have explained tirelessly, I have over 500 documents excluding court transcripts do you think a Judge is going to look through all of that without having pointers? More so how do I specifically pin point the issues in my case. You lot are doing my head in. I have limited time to appeal my case and you mans are further complicating a simple issue

**Please state how and when an informal resolution was attempted::**
*Please provide details.*
Na

**What action are you requesting?:**
*Describe the action and/or detailed resolution you are requesting*
Provide the highlighter

**\*\*Please note that if you are not satisfied with this response, you may fill out the appeal form provided by grievance department. The appeal must be returned within 5 days of the formal**

decision.:

**INSTRUCTIONS FOR COMPLETING THE GRIEVANCE FORM:**

**1. You should always attempt to solve your problem with staff/supervision before you submit your grievance. You must make a request to the appropriate department before an item is considered a grievance. However, you may file a formal grievance at any time during, after or in lieu of submitting an informal complaint. Please submit your grievance within a timely manner of the incident or problem for proper investigation. You can get grievance forms from your housing unit officer. After you fill out the grievance form, you can deposit your grievance into the locked labeled GEO Grievance Box located in the housing dorms. You may submit your original grievance form to the grievance coordinator or through the tablet with the exception of medical grievances. The grievance department will process a grievance within five (5) days.:**

**2. You should write your grievance briefly and clearly. You should be very specific about your grievance problem. Provide an explanation or evidence if it will help us understand your grievance. The best grievances are ones that give facts, not conclusions. Facts can be verified. A statement such as "cruel and unusual punishment" is a legal conclusion and is not helpful to your grievance.:**

**3. Stick to one (1) issue all the way through the steps. Do not bring up a new grievance issue on the initial grievance or appeal. The only time you can complain about more than one issue is if you want to grieve about a disciplinary case. Then you should tell us everything you think is wrong with your disciplinary case. Otherwise, stick to one issue on each grievance. Also, do not submit repetitive grievances on the same issue. You will have the following levels of appeal: (1) Grievance Committee; (2) Facility Administrator in conjunction with the ICE Assistant Field Office Director. Once you appeal your grievance to the last step, your administrative remedies are exhausted.:**

**4. Write clearly and legibly so that your grievance can be read and understood. Do not use legal words. Explain how the grievance or problem affects you personally. The grievance you write is yours, with your signature, about your problem, not about somebody else's problem. If the problem doesn't affect you, it is not a grievance. Let the other person sign and submit his/her own grievance.:**

**5. You can use the grievance procedure to complain (a) about the interpretation and applications of policies, rules, regulations and procedures; (b) about any action by an individual employee or another person in physical custody, including any denial of access to the grievance procedure; (c) about reprisals for submitting a complaint through this procedure; (d) about the loss of or damage to property you are authorized to possess; or (e) about any other matter relating to conditions of care or supervision which are within the authority of the South Texas ICE Processing Center to remedy.:**

**6. Tell us what action you want us to take to resolve your grievance or problem. Your requested action must be one which can be granted and must be related to the issue in your grievance. We cannot give you money damages, we cannot do anything about your immigration case, we cannot act on issues for which other appeal mechanisms exist and we cannot rule on anything beyond our control and authority to remedy. Also, do not ask for disciplinary action against employees.:**

**7. If you decide to appeal the decision, you must give reason for appealing. Submit your appeal to the Grievance Department within five (5) days of the date that you signed for the decision of your formal grievance. The Grievance Officer will provide you with the appeal form when they return the decision of your formal grievance. The Grievance Committee has five (5) days to address your grievance. :**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/26/24 14:11 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| **07/25/24 08:30** | **R. Currie** | **Staff Response** | **Informally resolved. Law Library was informed by GEO Supervision on the rules of using highlighters. You may use it in Law Library and return it to the Law Library Officer when done.** |

**Please note that if you are not satisfied with this response, you may fill out the appeal form provided by grievance department. The appeal must be returned within 5 days of the formal decision.:**

**INSTRUCTIONS FOR COMPLETING THE GRIEVANCE FORM:**

**1. You should always attempt to solve your problem with staff/supervision before you submit your grievance. You must make a request to the appropriate department before an item is considered a grievance. However, you may file a formal grievance at any time during, after or in lieu of submitting an informal complaint. Please submit your grievance within a timely manner of the incident or problem for proper investigation. You can get grievance forms from your housing unit officer. After you fill out the grievance form, you can deposit your grievance into the locked labeled GEO Grievance Box located in the housing dorms. You may submit your original grievance form to the grievance coordinator or through the tablet with the exception of medical grievances. The grievance department will process a grievance within five (5) days.:**

**2. You should write your grievance briefly and clearly. You should be very specific about your grievance problem. Provide an explanation or evidence if it will help us understand your grievance. The best grievances are ones that give facts, not conclusions. Facts can be verified. A statement such as "cruel and unusual punishment" is a legal conclusion and is not helpful to your grievance.:**

**3. Stick to one (1) issue all the way through the steps. Do not bring up a new grievance issue on the initial grievance or appeal. The only time you can complain about more than one issue is if you want to grieve about a disciplinary case. Then you should tell us everything you think is wrong with your disciplinary case. Otherwise, stick to one issue on each grievance. Also, do not submit repetitive grievances on the same issue. You will have the following levels of appeal: (1) Grievance Committee; (2) Facility Administrator in conjunction with the ICE Assistant Field Office Director. Once you appeal your grievance to the last step, your administrative remedies are exhausted.:**

**4. Write clearly and legibly so that your grievance can be read and understood. Do not use legal words. Explain how the grievance or problem affects you personally. The grievance you write is yours, with your signature, about your problem, not about somebody else's problem. If the problem doesn't affect you, it is not a grievance. Let the other person sign and submit his/her own grievance.:**

**5. You can use the grievance procedure to complain (a) about the interpretation and applications of policies, rules, regulations and procedures; (b) about any action by an individual employee or another person in physical custody, including any denial of access to the grievance procedure; (c) about reprisals for submitting a complaint through this procedure; (d) about the loss of or damage to property you are authorized to possess; or (e) about any other matter relating to conditions of care or supervision which are within the authority of the South Texas ICE Processing Center to remedy.:**

**6. Tell us what action you want us to take to resolve your grievance or problem. Your requested action must be one which can be granted and must be related to the issue in your grievance. We cannot give you money damages, we cannot do anything about your immigration case, we cannot act on issues for which other appeal mechanisms exist and we cannot rule on anything beyond our control and authority to remedy. Also, do not ask for disciplinary action against employees.:**

**7. If you decide to appeal the decision, you must give reason for appealing. Submit your appeal to the Grievance Department within five (5) days of the date that you signed for the decision of your formal grievance. The Grievance Officer will provide you with the appeal form when they return the decision of your formal grievance. The Grievance Committee has five (5) days to address your grievance. :**

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/24/24 19:44 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| **07/24/24 08:40** | **L. Guerrero** | **Staff Response** | **Informally resolved. -- It states in the detainee handbook the Law Library department, "It is** |

9/25/24, 10:07 AM
Case 5:24-cv-01128-JKP Document 1 Filed 09/30/24 Page 36 of 40
sap.telmate.com/admin/grievances/documents/batch_print?authenticity_token=14E0FNCiqEoF8MIK9O9b%2FSsNBy06x%2F6B... '

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | computers and writing materials." Highlighters are not apart of what is provided, nor what is allowed. |
| 07/24/24 08:40 | L. Guerrero | Changed Status | From 'Open' to 'Closed' |
| 07/24/24 08:35 | L. Guerrero | Document added | Document Screenshot_24-7-2024_83514_.jpeg was added. Shared with Resident: Yes |
| 07/23/24 20:44 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |
| **07/23/24 20:42** | **Ifeanyichukwu Agwuegbo** | **Submitted New** | **Re highligter** |

# Grievance #452744561

**Profile Photo:**



**Audit Photo:**



## Resident Info

Name: Ifeanyichukwu Agwuegbo (1984-10-01)
Booking Number: A214946397
Nationality: NG
Submitted Date: 05/29/24 10:25
Submitted Room: LNAD/DL
Current Room: MNAD/DM
Facility: South Texas
MAC ID: 48:46:C1:22:A4:C1
Device ID: 4846C122A4C1

## Form Info

Category: GEO
Form: Grievances
Internal Tag: No Tag

## Grievance Info

Grievance ID #:
Status: CLOSED **by** S DeLeon
Facility Deadline: 06/12/24 23:59
Grievance Level: 1
Resident can reply: No

**Summary:**

The staffer refused to change the rotten apple on request

**Details:**

**What is your Nationality?:**
NG

**What is your bunk number?:**
Seven

**What housing area are you assigned to?:**
DL

**Please state your grievance::**
*Include documentation, name of any witnesses supporting your claim and date of incident.*
I was provided rotten apple I told the officer to change it during the dinner meal yesterday she refused despite having excess, what I don't get is if I was to pay for food would I pay for bad food? So why am I being provided bad food , more so this is the worst facility I have ever been the staffers mostly the female ones are so rude, gosh, simple requests like to change the tee vee are met with snide comments ill mannered untrained and quite disrespectful I have been racially profiled and prejudice by one of the female staffers in the past. I have reported it to the oido and trust me the next time I am disrespected the staff would get it.

**Please state how and when an informal resolution was attempted::**
*Please provide details.*
N\a

**What action are you requesting?:**

9/25/24, 10:07 AM       Case 5:24-cv-01181-OLG-HJB Document Print?authenticityToken=...f0f0%2FSsNByn6x%2F6...

Train your female staffers

**Please note that if you are not satisfied with this response, you may fill out the appeal form provided by grievance department. The appeal must be returned within 5 days of the formal decision.:**

**INSTRUCTIONS FOR COMPLETING THE GRIEVANCE FORM:**

1. You should always attempt to solve your problem with staff/supervision before you submit your grievance. You must make a request to the appropriate department before an item is considered a grievance. However, you may file a formal grievance at any time during, after or in lieu of submitting an informal complaint. Please submit your grievance within a timely manner of the incident or problem for proper investigation. You can get grievance forms from your housing unit officer. After you fill out the grievance form, you can deposit your grievance into the locked labeled GEO Grievance Box located in the housing dorms. You may submit your original grievance form to the grievance coordinator or through the tablet with the exception of medical grievances. The grievance department will process a grievance within five (5) days.:

2. You should write your grievance briefly and clearly. You should be very specific about your grievance problem. Provide an explanation or evidence if it will help us understand your grievance. The best grievances are ones that give facts, not conclusions. Facts can be verified. A statement such as "cruel and unusual punishment" is a legal conclusion and is not helpful to your grievance.:

3. Stick to one (1) issue all the way through the steps. Do not bring up a new grievance issue on the initial grievance or appeal. The only time you can complain about more than one issue is if you want to grieve about a disciplinary case. Then you should tell us everything you think is wrong with your disciplinary case. Otherwise, stick to one issue on each grievance. Also, do not submit repetitive grievances on the same issue. You will have the following levels of appeal: (1) Grievance Committee; (2) Facility Administrator in conjunction with the ICE Assistant Field Office Director. Once you appeal your grievance to the last step, your administrative remedies are exhausted.:

4. Write clearly and legibly so that your grievance can be read and understood. Do not use legal words. Explain how the grievance or problem affects you personally. The grievance you write is yours, with your signature, about your problem, not about somebody else's problem. If the problem doesn't affect you, it is not a grievance. Let the other person sign and submit his/her own grievance.:

5. You can use the grievance procedure to complain (a) about the interpretation and applications of policies, rules, regulations and procedures; (b) about any action by an individual employee or another person in physical custody, including any denial of access to the grievance procedure; (c) about reprisals for submitting a complaint through this procedure; (d) about the loss of or damage to property you are authorized to possess; or (e) about any other matter relating to conditions of care or supervision which are within the authority of the South Texas ICE Processing Center to remedy.:

6. Tell us what action you want us to take to resolve your grievance or problem. Your requested action must be one which can be granted and must be related to the issue in your grievance. We cannot give you money damages, we cannot do anything about your immigration case, we cannot act on issues for which other appeal mechanisms exist and we cannot rule on anything beyond our control and authority to remedy. Also, do not ask for disciplinary action against employees.:

7. If you decide to appeal the decision, you must give reason for appealing. Submit your appeal to the Grievance Department within five (5) days of the date that you signed for the decision of your formal grievance. The Grievance Officer will provide you with the appeal form when they return the decision of your formal grievance. The Grievance Committee has five (5) days to address your grievance. :

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/01/24 11:15 | Ifeanyichukwu Agwuegbo | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/31/24 15:01 | S DeLeon | Staff Response | There is insufficient evidence to support this allegation. However, due to the inconsistencies between the staff and detainee's statement, this grievance will be forwarded to GEO Administration for further review and/or action. |
| 05/31/24 15:01 | S DeLeon | Changed Status | From 'Open' to 'Closed' |
| 05/29/24 10:26 | Ifeanyichukwu Agwuegbo | Submitted New | The staffer refused to change the rotten apple on request |

# Grievance #456140941

**Profile Photo:**



**Audit Photo:**



### Resident Info

Name: Ifeanyichukwu Agwuegbo (1984-10-01)
Booking Number: A214946397
Nationality: NG
Submitted Date: 06/09/24 11:04
Submitted Room: LNAD/DL
Current Room: MNAD/DM
Facility: South Texas
MAC ID: C4:FB:C8:04:3C:A9
Device ID: C4FBC8043CA9

### Form Info

Category: GEO
Form: Grievances
Internal Tag: No Tag

### Grievance Info

Grievance ID #:
Status: CLOSED **by** P Villarreal
Facility Deadline: 06/23/24 23:59
Grievance Level: 1
Resident can reply: No

Summary:

Phone lines

Details:

**What is your Nationality?:**
NG

**What is your bunk number?:**
Seven

**What housing area are you assigned to?:**
DI

**Please state your grievance::**
*Include documentation, name of any witnesses supporting your claim and date of incident.*
My understanding is the free calls end today, that is a draconian, pernicious decision by the authorities, that in a facility like this that you lot know too well that most individuals cannot afford to eat as are fleeing from violence and terrible conditions, that you lot allow this, what further saddenins the decision is you lot listen to the calls, some can not eat depend on the horrible food the facility provides eat and drink expired milk eat rotten food despite numerous numerous complaints nothing is done and then you lot take away them phones. It is further sad that even if you lot need to cut cost the common sense approach would be to reduce the minutes even to 3 free calls a week at least give people an opportunity to speak to them loved ones. It just sad.

**Please state how and when an informal resolution was attempted::**
*Please provide details.*
N\A

**What action are you requesting?:**
*Describe the action and/or detailed resolution you are requesting*